# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154733(39)(41)

*In re* T.L. FOWLER, Minor

SC: 154733
COA: 332259
Oakland CC Family Division:
2014-825871-NA

_____/

On order of the Chief Justice, the motion of respondent-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer submitted on December 12, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2016



Clerk